UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL GREEN,

        Petitioner,                     Case Number: 08-10387

v.                                            JUDGE PAUL D. BORMAN
                                              UNITED STATES DISTRICT COURT

RAYMOND BOOKER,

        Respondent.
_____ /

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S PETITION FOR HABEAS CORPUS

Before the Court is the Magistrate Judge's February 19, 2009, Report and Recommendation in favor of denying Petitioner's Petition for Habeas Corpus. (Dkt. No. 8). Having reviewed that Report and Recommendation, and there being no objections, the Court enters as its findings and conclusions the Report and Recommendation **DENYING** the Petition for Writ of Habeas Corpus.

SO ORDERED.

                                                  S/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 29, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 29, 2009.

                                                S/Denise Goodine
                                                Case Manager